IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DONNA WHITE § | |
| § | |
| V. § | CIVIL ACTION NO. 7:19-CV-00066-DC |
| § | |
| MEDICAL CENTER HOSPITAL, § | |
| MEDICAL CENTER HEALTH SYSTEM § | |
| & HEALTH CAROUSEL, INC. § | |

**DEFENDANTS' STIPULATION
TO EXTEND MCH'S VENUE RESPONSE DEADLINE**

COME NOW Defendants, Ector County Hospital District d/b/a Medical Center Hospital and/or d/b/a Medical Center Health System, incorrectly named "Medical Center Hospital" and "Medical Center Health System" (collectively "MCH") and Defendant Health Carousel, Inc. ("HC") (collectively the "Parties"), and file this Stipulation to Extend MCH's Venue Response Deadline. In support hereof, the Parties would respectfully show the Court as follows:

**I.**

On 5-8-19, HC filed its Motion to Transfer Venue (Doc. No. 8). The Parties conferred, through their attorneys, regarding extending the date by which MCH may file its Response thereto. To allow MCH and HC additional time to work through the venue issues between them, the Parties stipulate, subject to the Court's approval, that the deadline by which MCH may respond to HC's Motion to Transfer Venue shall be the later of June 7, 2019, or ten (10) days after the Court's disposition of MCH's previously filed Rule 12(b)(6) Motion to Dismiss (Doc. No. 7).

Good cause exists to extend the deadline to allow MCH and HC the opportunity to fully evaluate the venue issues as between one another. Further, the Court's disposition of MCH's

Rule 12(b)(6) Motion to Dismiss might be instructive or dispositive of MCH's need to respond to HC's venue motion.  There have been no prior extensions of time to respond to HC's Motion to Transfer Venue, and because the Motion was recently filed, there appears to be no prejudice extending the time allowing MCH to respond.

WHEREFORE, PREMISES CONSIDERED, and subject to the Court's approval, the Parties stipulate that MCH shall have up to and including the later of June 7, 2019, or ten (10) days after the Court's disposition of MCH's Rule 12(b)(6) Motion to Dismiss, to answer or otherwise respond to HC's Motion to Transfer Venue.

IT IS SO STIPULATED.

Dated: May 17, 2019

**SHAFER, DAVIS, O'LEARY & STOKER**
700 N. Grant, Suite 201, 79761
P. O. Drawer 1552
Odessa, Texas  79760-1552
Telephone: 432.332.0893
Facsimile:  432.333.5002


By:   */s/ Miles R. Nelson*
      Miles R. Nelson
      State Bar No. 14904750
      *Email: mnelson@shaferfirm.com*
      R. Layne Rouse
      State Bar No. 24066007
      *Email: lrouse@shaferfirm.com*
***ATTORNEYS FOR DEFENDANT ECTOR COUNTY HOSPITAL DISTRICT***

Dated: May 17, 2019

**JAMES L. DOYLE II LAW FIRM**
1018 Preston, Ste. 850
Houston, Texas 77002
Telephone:  713-224-5066
Facsimile:  713-224-5055


By: */s/ James L. Doyle, II*
James L. Doyle, II
State Bar No.  060944450
jim@jimdoylelaw.com
***ATTORNEYS FOR DEFENDANT HEALTH CAROUSEL, INC.***

IT IS SO ORDERED.

Dated: _____

_____
PRESIDING JUDGE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document is being served on this 17th day of May, 2019 to all counsel of record as shown below.

***Via Email:*** *Ditty.bhatti@bhattilawfirm.com*
Ditty S. Bhatti
The Bhatti Law Firm, PLLC
14785 Preston Road, Suite 550
Dallas, TX 75254
***Attorney for Plaintiff***

***Via Email:*** *jim@jimdoylelaw.com*
Jim Doyle
Jim Doyle Law Firm
1018 Preston, Suite 850
Houston, Texas. 77002
***Attorney for Defendant***
***Health Carousel, LLC***

    /s/ *Miles Nelson*
Miles Nelson
R. Layne Rouse